[No. 14859-9-III.    Division Three.    December 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD WAYNE JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00605-7, Carolyn A. Brown, J., entered May 5, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15382-7-III.    Division Three.    December 3, 1996.]

CAROL BOSTROM, ET AL., *Appellants*, v. KEITH VILHAUER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03986-8, Neal Q. Rielly, J., entered November 17, 1995. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14150-1-III.    Division Three.    December 5, 1996.]

GERALD J. McMILLIN, *Individually and as Director, Respondent*, v. CHARLES A. KUBIK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-2-00654-1, Dennis D. Yule, J., entered June 3, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.